ELIZABETH DOWN, Appellant, *v.* GEORGE J. MCGOURKEY et al., Respondents.

(Argued September 17, 1879; decided October 14, 1879.)

DECIDED upon the facts in the case.

(Mem. of decision below, 15 Hun, 444.)

*John McKeon* for appellant.

*Osborn E. Bright* for respondents.

DANFORTH, J., reads for affirmance.

All concur.

Judgment affirmed.